# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br>　　　　　Petitioner, <br><br>　　v. <br><br> NORIANNE MCANINCH, <br><br>　　　　　Respondent. | No. MC18-0110RSL <br><br> ORDER DIRECTING SERVICE AND ESTABLISHING RESPONSE DEADLINE |

This matter comes before the Court on the United States of America's "Petition to Enforce Internal Revenue Service Summons." Dkt. # 1. Having reviewed the petition and the remainder of the file, it is hereby ORDERED THAT:

1. A copy of this Order, together with the Petition and exhibits thereto, shall be personally served upon the respondent (or left with a person of suitable age and discretion at the respondent's residence) within twenty-one (21) days of the date of this Order. Within seven (7) days thereafter, the petitioner shall file proof of service or shall seek additional time to make such service. If the petitioner fails to comply with this paragraph, this action shall be subject to dismissal forthwith.

2. The respondent may file with the Court, not later than fourteen (14) days after service of this Order upon her, a statement detailing any objections to enforcement of the Internal Revenue Service summons. If factual issues are raised in the objections,

ORDER DIRECTING SERVICE AND
ESTABLISHING RESPONSE DEADLINE- 1

the statement shall be accompanied by a sworn affidavit, signed under penalty of perjury, setting forth the facts on which the objections are based. A copy of the objections and/or affidavit shall be served on the United States Attorney.

3. If objections are filed and served, this matter may be given a civil action number and assigned to a United States District Judge for handling and possible referral to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1).

4. The failure to file timely objections will result in the enforcement of the summons upon request of the United States and without any further notice to respondent. Only those defenses asserted in a timely statement of objections will be considered.

Dated this 2nd day of November, 2018.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER DIRECTING SERVICE AND
ESTABLISHING RESPONSE DEADLINE- 2