UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

        Petitioner,

v.

NORIANNE MCANINCH,

        Respondent.

No. MC18-0110-RSL

ORDER OF ENFORCEMENT
OF SUMMONSES

    WHEREAS, the Court having issued an Order Directing Service and Establishing Response Deadline, (Dkt #2),

    WHEREAS, the Court having received no objections from the Respondent,

    WHEREAS, no cause having been shown as to why the Respondent should not be compelled to testify and produce for examination books, papers and records demanded in the three (3) Internal Revenue Service summonses served on the Respondent on September 23, 2016, April 20, 2017, and May 24, 2017,

ORDER OF ENFORCEMENT - 1
(MC18-0110-RSL)

IT IS ORDERED that the Respondent shall appear before investigating Revenue Agent Sandy Bachman, or any other proper agent, officer, or employee of the Internal Revenue Service, at such time and place as may be fixed by Revenue Agent Bachman, or any other proper agent, officer, or employee of the Internal Revenue Service, following the entry of this Order to testify and produce books, papers and records as demanded in such summonses.

IT IS FURTHER ORDERED that if the Respondent fails to comply with this Order, the Respondent can be held in contempt of Court and be subject to imprisonment, fine or both.

IT IS FURTHER ORDERED that the Clerk of the Court shall send a copy of this ORDER by certified mail and first-class mail to the Respondent, Norianne McAninch, 1110 Harrison Street, Oak Harbor, Washington 98277 and the United States Attorney's Office.

Dated this 12th day of March, 2019.

ROBERT S. LASNIK
United States District Judge

Presented by:

*s/ Christina Fogg*
CHRISTINA FOGG, WSBA #40159
Assistant United States Attorney

ORDER OF ENFORCEMENT - 2
(MC18-0110-RSL)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970